



Retail

U.S. POSTAGE PAID
PM
ALLEGANY, NY 14706
JUL 18, 2025

14202

$20.70

RDC 03

R2304H109193-01

 **UNITED STATES POSTAL SERVICE** ® | PR

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®



7022 1670 0001 3092 3218

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

RACKED ■ INSURED

PS00001000014

EP14F October 2023
OD: 12 1/2 x 9 1/2

**PRIORITY**® **★ MAIL ★**

 **UNITED STATES POSTAL SERVICE** ®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:** Lisa Richmond
General Delivery
Allegany NY 14706

USDC - WDNY
JUL 22 2025
BUFFALO

**TO:** U.S. District Court
Western District of New York
2 Niagara Square
Robert H. Jackson U.S.
Courthouse
Buffalo, NY 14202-3350

Label 228, March 2016        FOR DOMESTIC AND INTERNATIONAL USE

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.